UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Tanger Management, LLC, Tanger Columbus,    §
LLC, Tanger Houston, LLC                    §
                                            §        NO:   AU:20-CV-00874-RP
vs.                                         §
                                            §
Haggar Direct, Inc., Haggar Clothing Co.,   §
Haggar Direct, Inc., Haggar Clothing Co.,
Tanger Columbus, LLC, Tanger Houston, LLC,
Tanger Management, LLC

**<u>ORDER</u>**

The Court  sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on January 13, 2021  at  09:40 AM .  Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing  counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

Until the Court enters a scheduling order in this case and absent additional instruction from the Court, the parties shall abide by all agreed deadlines set out in their proposed scheduling order

**SIGNED** on 4th day of January, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE