UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TANGER MANAGEMENT, LLC; TANGER COLUMBUS, LLC; and TANGER HOUSTON, LLC,<br><br>     Plaintiffs and Counter-Defendants,<br><br>v.<br><br>HAGGAR DIRECT, INC. and HAGGAR CLOTHING CO.,<br><br>Defendants and Counter-Claimants. | CIVIL ACTION NO. 1:20-CV-00874-RP |

**JOINT RULE CV-88 ADR REPORT**

Pursuant to Rule CV-88 and the Court's scheduling order, Plaintiffs and Counter-Defendants Tanger Management, LLC, Tanger Columbus, LLC and Tanger Houston, LLC (collectively, "Tanger") and Defendants and Counter-Claimants Haggar Direct, Inc. and Haggar Clothing, Co. (collectively, "Haggar") respectfully submit this ADR report and provide the following information:

1. **Status of settlement negotiations.**

    Tanger and Haggar, through their counsel and other representatives, have had numerous discussions in an effort to resolve the claims and counter-claims in this matter. While no resolution has been reached, negotiations are continuing.

2. **The identity of the person responsible for negotiations for each party.**

    Richard Fenton is the person responsible for the negotiations on behalf of Tanger. Jeremy Heep is the person responsible for negotiations on behalf of Haggar.

3. **Evaluation as to whether alternative dispute resolution is appropriate in this case.**

    The parties agree that informal settlement negotiations should continue, and that formal mediation may be appropriate if and when those negotiations reach an impasse. In the

1

event the parties agree that mediation would be productive, the parties will immediately inform the Court of that decision and the identity of the agreed mediator.

Dated: January 8, 2021

Respectfully submitted,

By : /s/ *Lisa C. Fancher, Esq.*

    FRITZ, BYRNE, HEAD & GILSTRAP, PLLC
    lfancher@fbhg.law
    State Bar No. 06800275
    221 West Sixth Street, Suite 960
    Austin, Texas 78701
    Telephone: (512) 476-2020
    Telecopier: (512) 477-5267

    DENTONS US LLP

    Richard L. Fenton
    (admitted *pro hac vice*/ IL Bar No. 3121699)
    233 South Wacker Drive, Suite 5900
    Chicago, IL 60606
    Telephone:  (312) 876-8000
    Facsimile:  (312) 876-7934
    Email:  richard.fenton@dentons.com

    Uchenna Ekuma-Nkama
    (admitted *pro hac vice*/ GA Bar No. 957861)
    303 Peachtree Street, Suite 5300
    Atlanta, Georgia 30308
    Telephone:  (404) 527-4000
    Facsimile:  (404) 527-4198
    Email:  uchenna.ekuma-nkama@dentons.com

    *Attorneys for Tanger Management, LLC, Tanger Columbus, LLC and Tanger Houston, LLC*

    BUTLER SNOW LLP

By: /s/ *Eric J.R. Nichols*
    Eric J.R. Nichols (State Bar No. 14994900)
    Christopher Cowan (State Bar No. 24084975)
    1400 Lavaca Street, Suite 1000

        Austin, Texas 78701
        Tel.:  737.802.1800
        Fax:  737.802.1801
        Email: eric.nichols@butlersnow.com
        chris.cowan@butlersnow.com

TROUTMAN PEPPER HAMILTON SANDERS LLP

        Jeremy Heep (*pro hac vice*)
        Karli E. Cozen (*pro hac vice*)
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA  19103-2799
        Tel.:  215.981.4972
        Fax:  215.981.4750
        Email: Jeremy.Heep@Troutman.com
        Karli.Cozen@Troutman.com

*Attorneys for Haggar Direct, Inc. and Haggar Clothing Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021 a true and correct copy of the foregoing was served on all counsel of record via the Court's Electronic Case Filing System.

        By: */s/ Eric J.R. Nichols*