UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TANGER MANAGEMENT, LLC; TANGER COLUMBUS, LLC; and TANGER HOUSTON, LLC,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>HAGGAR DIRECT, INC. and HAGGAR CLOTHING CO.,<br><br>Defendants and Counter-Claimants. | CIVIL ACTION NO. 1:20-CV-00874-RP |

**DEFENDANTS' AND COUNTERCLAIMANTS' RESPONSE TO
PLAINTIFFS' AND COUNTER-DEFENDANTS'
<u>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>**

    While Defendants and Counter-Claimants Haggar Direct, Inc. and Haggar Clothing, Co. ("Haggar") contend that all of Plaintiffs' claims lack merit, Haggar does not oppose the relief sought in Plaintiffs' and Counter-Defendants' Motion for Leave to File Amended Complaint (Dkt. No. 50) (the "Motion"). Pursuant to Local Rule CV-7, if the Court grants the Motion and the clerk files the proposed First Amended Complaint (50-2), Haggar will timely respond to that pleading.

Dated: June 17, 2021

                                Respectfully submitted,

                                BUTLER SNOW LLP

                                By: <u>/s/ Eric J.R. Nichols</u>
                                      Eric J.R. Nichols (State Bar No. 14994900)
                                      Christopher Cowan (State Bar No. 24084975)
                                      1400 Lavaca Street, Suite 1000

        Austin, Texas 78701
        Tel.:  737.802.1800
        Fax:  737.802.1801
        Email: eric.nichols@butlersnow.com
        chris.cowan@butlersnow.com

        TROUTMAN PEPPER HAMILTON SANDERS LLP

        Jeremy Heep (*pro hac vice*)
        Karli E. Cozen (*pro hac vice*)
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA  19103-2799
        Tel.:  215.981.4972
        Fax:  215.981.4750
        Email: Jeremy.Heep@Troutman.com
        Karli.Cozen@Troutman.com

*Attorneys for Haggar Direct, Inc. and Haggar Clothing Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021 a true and correct copy of the foregoing was served on all counsel of record via the Court's Electronic Case Filing System.

        By: */s/ Eric J.R. Nichols*

59705982.v1