# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| TANGER MANAGEMENT, LLC; TANGER COLUMBUS, LLC; and TANGER HOUSTON, LLC, | ) CIVIL ACTION NO. 1:20-CV-00874-RP )  )  ) |
| Plaintiffs and Counter Defendants, | ) ) |
| v. | ) ) |
| HAGGAR DIRECT, INC., and HAGGAR CLOTHING CO., | ) ) ) |
| Defendants and Counterclaimants. | ) ) ) |

## NOTICE OF SETTLEMENT

Plaintiffs and Counter Defendants and Defendants and Counterclaimants, by and through their undersigned counsel, respectfully notify the Court that they have reached an agreement in principle to resolve the matters in dispute in this litigation. The agreement is intended to, among other things, resolve the parties' respective claims and would obviate the need for discovery or other such proceedings. The parties are currently preparing written settlement documentation necessary to memorialize the agreement. Once the settlement is finalized, the parties intend to file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In the interim, the parties respectfully request that the Court stay further proceedings in this action and all pending deadlines pending the filing of the appropriate documents to dispose of this case. In the event that the parties are unable to finalize the settlement, they will file a notice with the Court advising of the same and requesting a status conference.

Dated: June 21, 2021

Respectfully submitted,

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | DENTONS US LLP |
| */s/*  Jeremy Heep_____<br>Jeremy Heep (*pro hac vice*)<br>Courtney A. Munnings (*pro hac vice*)<br>Karli Cozen (*pro hac vice*)<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103-2799<br>Tel.:  215.981.4972<br>Fax:  215.981.4750<br>Email: jeremy.heep@troutman.com<br>Email: courtney.munnings@troutman.com<br>Email: Karli.cozen@troutman.com | */s/*  David M. Fedder_____<br>David M. Fedder<br>(admitted pro hac vice/MO Bar No. 38823)<br>One Metropolitan Square<br>211 N. Broadway, Suite 3000<br>St. Louis, MO 63102-2741<br>Telephone: (314) 241 1800<br>Facsimile: (314) 259 5959<br>Email: david.fedder@dentons.com<br><br>Uchenna Ekuma-Nkama<br>(admitted pro hac vice/GA Bar No. 957861)<br>303 Peachtree Street, Suite 5300<br>Atlanta, Georgia 30308<br>Telephone: (404) 527-4000<br>Facsimile: (404) 527-4198<br>Email: uchenna.ekuma-nkama@dentons.com |
| BUTLER SNOW LLP | FRITZ, BYRNE, HEAD & GILSTRAP, PLLC |
| Eric J.R. Nichols<br>State Bar No. 14994900<br>Christopher Cowan<br>State Bar No. 24084975<br>1400 Lavaca Street, Suite 1000<br>Austin, Texas 78701<br>Tel:  737-802-1800<br>Fax:  737-802-1801<br>Email: eric.nichols@butlersnow.com<br>Email: chris.cowan@butlersnow.com<br><br>*Attorneys for Defendants and Counter Claimants Haggar Direct, Inc. and Haggar Clothing Co.* | Lisa C. Fancher<br>(TX Bar. No. 06800275)<br>221 West Sixth Street, Suite 960<br>Austin, Texas 78701<br>Telephone: (512) 476-2020<br>Facsimile: (512) 477-5267<br>Email: lfancher@fbhg.law<br><br>*Attorneys for Plaintiffs and Counter Defendants Tanger Management, LLC, Tanger Columbus, LLC, and Tanger Houston, LLC* |

## CERTIFICATE OF SERVICE

      I certify by my signature below that a copy of this motion is being served on the following by ECF on this 21st day of June, 2021:

Eric J.R. Nichols
eric.nichols@butlersnow.com
Christopher Cowan
chris.cowan@butlersnow.com
BUTLER SNOW LLP
1400 Lavaca Street, Suite 1000
Austin, Texas 78701

Jeremy Heep
jeremy.heep@troutman.com
Courtney A. Munnings
courtney.munnings@troutman.com
Karli Cozen
karli.cozen@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

*Attorneys for Haggar Direct, Inc. and Haggar Clothing Co.*

                                                      */s/* Uchenna Ekuma-Nkama
                                                     Uchenna Ekuma-Nkama